UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

```
------------------------------x
UNITED STATES OF AMERICA      :
                              :
          v.                  :   19 Cr. 664 (VB)
                              :
BARBARA MEYZEN, a/k/a          :
     "Bobbie Meyzen,"          :
                              :
               Defendant      :
------------------------------x
```

**BARBARA MEYZEN**, the above named defendant, who is accused of violating Title 18, United States Code, Sections 1028A, 1341, 1341, 1029, 1001 and 157(7), having been advised of the nature of the charge and of her rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of indictment.

_____
Defendant

_____
Counsel for Defendant

Dated:   White Plains, New York
         September 16, 2019