

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United State Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

October 7, 2019

Hon. Vincent L. Briccetti
United States District Judge
300 Quarropas Street
White Plains, NY  10601

    Re:  United States v. Meyzen
        <u>19 Cr. 664 (VB)</u>

Dear Judge Briccetti:

    Please find enclosed a proposed protective order.  The discovery in this case contains sensitive information such as bank account numbers and Social Security numbers.  This proposed order would prevent this sensitive information from entering the public domain, which, the Government respectfully submits, is sufficient "good cause" under Federal Rule of Criminal Procedure 16(d) to justify the entry of a protective order.

    The defense has consented to the entry of this proposed order.

    Thank you for your consideration of this motion.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

            /s
    By:_____
        James McMahon
        Assistant United States Attorney
        (914) 993-1936

cc:  James DeVita, Esq.
     (by ECF)