

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 4, 2019

Hon. Vincent L. Briccetti
United States District Judge
300 Quarropas Street
White Plains, NY  10601

    Re:  <u>United States v. Meyzen</u>
         19 Cr. 664 (VB)

Dear Judge Briccetti:

    The defendant recently moved to adjourn the status conference scheduled for December 11 in the above case to December 19, 2019 at 11:00 AM.  If the Court grants this adjournment, the Government would then move to exclude the time between December 11 and December 19 pursuant to 18 U.S.C. § 3161(h)(7)(A).

    The Government submits that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Exclusion of the additional time will permit the defendant to continue reviewing discovery, to consider what motions, if any, she intends to bring and to continue plea negotiations with the Government.  The defendant has consented to this exclusion of time.

    Please find attached a proposed Order.  Thank you for your consideration of this motion.

                              Respectfully submitted,

                              GEOFFREY S. BERMAN
                            United States Attorney

                                /s
                 by:_____
                        JAMES MCMAHON
                        Assistant United States Attorney
                        (914) 993-1936

cc:  James R. DeVita, Esq. (by ECF)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - -X
                                              :
**UNITED STATES OF AMERICA**        :
                                              :
    - v -                               :
                                              :    **19 Cr. 664 (VB)**
**BARBARA MEYZEN,**                :
                                              :
        **Defendant.**              :
                                              :
- - - - - - - - - - - - - - - - - -X

        The United States of America (James McMahon, Assistant United States Attorney, appearing) having moved pursuant to 18 U.S.C. § 3161(h)(7)(A) for exclusion of time between December 11, 2019 and December 19, 2019; and the defendant (James R. DeVita, appearing) having consented to entry of this Order;

        THE COURT FINDS THAT the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendant to continue reviewing discovery, to consider what motions, if any, she intends to bring and to continue plea negotiations with the Government; and, accordingly,

THE COURT ORDERS THAT the time between December 11, 2019 and December 19, 2019 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

Dated:     White Plains, New York
             December \_\_\_\_, 2019

_____
HON. VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE