USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12-4-19

# LAW OFFICES OF JAMES R. DEVITA, PLLC
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail: jdevita@jamesrdevitalaw.com

> **APPLICATION GRANTED**
> The 12/11/2019 conference is adjourned to 12/19/2019 at 11:00 a.m. Time excluded under the Speedy Trial Act in the interest of justice because of the unavailability of defense counsel.
> SO ORDERED.
>
> /s/ Vincent L. Briccetti    12/4/19
> Vincent L. Briccetti, U.S.D.J.    Date

**VIA ECF**
Honorable Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Barbara Meyzen*, 19 Cr. 664 (VB)

Dear Judge Briccetti:

I respectfully request that the pretrial conference scheduled in this matter for noon on Wednesday, December 11, 2019 be adjourned to Thursday, December 19, 2019 at 11 am. I was recently appointed to represent a new defendant in the multi-defendant case of *United States v. Cardona-Cardona,* 18 Cr. 601 (PGG), and Judge Gardephe had already scheduled a pretrial conference in Manhattan for December 11, 2019 at 12:30 pm. Obviously, I cannot attend both conferences and the conference before Judge Gardephe involves five other defense counsel. I checked with Ms. Hilbert, who informed that the Court would be able to accommodate the requested date and time. I have discussed this request with Assistant United States Attorney James McMahon, and the government consents.

Respectfully submitted,

*s/ James R. DeVita*

James R. DeVita

cc:   James McMahon, Esq., Assistant United States Attorney (by ECF)