USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/3/20

# LAW OFFICES OF JAMES R. DEVITA, PLLC
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail: jdevita@jamesrdevitalaw.com

January 31, 2020

**APPLICATION GRANTED**
**SO ORDERED:**

*[signature]*
Vincent L. Briccetti, U.S.D.J.
Dated: 2/3/2020
White Plains, NY

The 2/5/20 conference is adjourned to: 3-4-20 at 10:30 AM
Time excluded under Speedy Trial Act until that date.

**VIA ECF**
Honorable Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Barbara Meyzen*, 19 Cr. 664 (VB)

Dear Judge Briccetti:

    I respectfully request that the pretrial conference scheduled in this matter for Wednesday, February 5, 2020 at 11 am be adjourned to Wednesday, March 4, 2020, if that is a convenient date for the Court. Assistant United States Attorney James McMahon and I have engaged in extensive discussions to resolve this matter, and I believe there is a high probability that we will be able to have a disposition on the adjourned date. Although we are close to an agreement on a plea, there are some details yet to be resolved. I am optimistic that we will resolve them. I am requesting is somewhat longer adjournment than I would otherwise have requested because I will be travelling out of state from February 14 through February 28, 2020, returning to the office on Monday, March 2. I have discussed this requested adjournment with Mr. McMahon, and the government has no objection. The defendant consents to an exclusion of time under the Speedy Trial Act through March 4, 2020, or whatever alternative date the Court might select.

    Respectfully submitted,

    s/ *James R. DeVita*

    James R. DeVita

cc:    James McMahon, Esq., Assistant United States Attorney (by ECF)