O

Court
ex
1

UNITED STATES DISTRICT COURT

FOR THE

SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------x
UNITED STATES OF AMERICA           :
                                   :
            v.                     :       S1 19 Cr. 664 (VB)
                                   :
BARBARA MEYZEN, a/k/a              :
     "Bobbie Meyzen,"              :
                                   :
                    Defendant      :
-----------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/5/20

     **BARBARA MEYZEN**, the above named defendant, who is accused of violating Title 18, United States Code, Sections 1343 and 2, having been advised of the nature of the charge and of her rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of indictment.

_____
Defendant

_____
Counsel for Defendant

Dated:    White Plains, New York
             March 5, 2020