USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/20

## LAW OFFICES OF JAMES R. DeVITA, PLLC
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail: jdevita@jamesrdevitalaw.com

March 13, 2020

APPLICATION GRANTED
SO ORDERED:

Vincent L. Briccetti, U.S.D.J.
Dated: 3/16/20
White Plains, NY
Sentencing adjourned
to 7/29/20 at 2:30 pm

**VIA ECF**
Honorable Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: _United States v. Barbara Meyzen, 19 Cr. 664 (VB)_

Dear Judge Briccetti:

After Ms. Meyzen pled guilty on March 5, 2020, and Your Honor set her sentencing date for June 24, 2010, I realized that Judge Gardephe had set a trial of June 15, 2020 for my client, Jean Claude Lanji, in the case of _United States v. Gonzalez_, 18 Cr. 601 (PGG). The government has predicted two weeks for the trial of that case (which, frankly, I regard as rather optimistic). I did not have that date on my calendar when I checked it after Ms. Meyzen's guilty plea because Judge Gardephe had issued the order setting the trial date when I was out of town, and then confirmed the date at a pretrial conference on Monday, March 9, 2020. I have conferred with Ms. Hilbert, who advises me that July 29, 2020 at 2:30 pm is available as an adjourned date for Ms. Meyzen's sentencing. I respectfully request that the sentencing be adjourned to that date and time. I have also conferred with Assistant United States Attorney McMahon, who has no objection to this request.

Respectfully submitted,

s/ James R. DeVita

James R. DeVita

cc:   James McMahon, Esq., Assistant United States Attorney (by ECF)