

# LAW OFFICES OF JAMES R. DeVITA, PLLC
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail:  jdevita@jamesrdevitalaw.com

July 9, 2020

**APPLICATION GRANTED**
**SO ORDERED:**

*Vincent L. Briccetti, U.S.D.J.*
Dated: 7/9/20
White Plains, NY

Sentencing adjourned to 9/23/2020 at 3:00 p.m.

**VIA ECF**
Honorable Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Barbara Meyzen*, 19 Cr. 664 (VB)

Dear Judge Briccetti:

    I write to request a further adjournment of the sentencing in the above referenced case, which is currently scheduled for Wednesday, July 29, 2020 at 2:30 pm. Assistant United States McMahon and I have been conferring in order for me to establish to his satisfaction that the stipulated amount of restitution overstates the amount actually obtained by Ms. Meyzen as a result of the crimes to which she has pled guilty. The process has been complicated due to the difficulty in obtaining records during the COVID-19 pandemic, and I respectfully request that the sentencing be adjourned to allow the parties to continue that process. I have conferred with Ms. Hilbert, who advises me that Wednesday, September 23, 2020 at 3 pm is available as an adjourned date for Ms. Meyzen's sentencing. I respectfully request that the sentencing be adjourned to that date and time. I have also conferred with Assistant United States Attorney McMahon, who has no objection to this request.

                       Respectfully submitted,

                       *s/ James R. DeVita*

                       James R. DeVita

cc:    James McMahon, Esq., Assistant United States Attorney (by ECF)