USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
FILED: 9/23/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
 :
UNITED STATES OF AMERICA :
 :    CONSENT PRELIMINARY ORDER
    - v. -    :    OF FORFEITURE/
 :    MONEY JUDGMENT
BARBARA MEYZEN, a/k/a :
   "Bobbie Meyzen," :    S1 19 Cr. 664 (VB)
           Defendant. :
 :
- - - - - - - - - - - - - - - - - x

WHEREAS, on or about March 5, 2020, BARBARA MEYZEN, a/k/a "Bobbie Meyzen, (the "defendant"), was charged in a one-count Superseding Information, S1 19 Cr. 664 (VB) (the "Information"), with wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count One);

WHEREAS, the Information included a forfeiture allegation as to Count One of the Information, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offense charged in Count One of the Information, that the defendant personally obtained;

WHEREAS, on or about March 5, 2020, the defendant pled guilty to Count One of the Information, pursuant to a plea agreement with the Government, wherein the defendant admitted the forfeiture allegation with respect to Count One of the Information

and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, a sum of money equal to $320,289.35, representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Information that the defendant personally obtained;

WHEREAS, the defendant consents to the entry of a money judgment in the amount of $320,289.35 in United States currency representing the amount of proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained; and

WHEREAS, the defendant admits that, as a result of acts and/or omissions of the defendant, the proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Geoffrey S. Berman, United States Attorney; Assistant United States Attorney JAMES McMAHON, of counsel; the defendant; and her counsel, JAMES R. DeVITA, Esq.; that:

1. As a result of the offense charged in Count One of the Information, to which the defendant pled guilty, a money

judgment in the amount of $320,289.35 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Information that the defendant personally obtained, shall be entered against the defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the defendant, BARBARA MEYZEN, and shall be deemed part of the sentence of the defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8. The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

9. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more

counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By: _____/s/ James McMahon_____   9/23/20
JAMES McMAHON                        DATE
Assistant United States Attorney
300 Quarropas Street
White Plains, NY 10601
(914)993-1936

BARBARA MEYZEN

By: _____/s/ Barbara Meyzen_____   9/23/20
BARBARA MEYZEN                       DATE

By: _____/s/ James R. DeVita_____  9/23/20
JAMES R. DeVITA, ESQ.                DATE
Attorney for Defendant
81 Main Street, Suite 504
White Plains, NY 10601

SO ORDERED:

_____/s/ Vincent L. Briccetti_____  9/23/20
HONORABLE VINCENT L. BRICETTI         DATE
UNITED STATES DISTRICT JUDGE