UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
:
UNITED STATES OF AMERICA                         :
:                    19 Cr. 664 (VB)
-v-                                              :
:                    ORDER OF RESTITUTION
BARBARA MEYZEN, a/k/a                            :
 "Bobbie Meyzen,"                                :
:
               Defendant.                        :
:
------------------------------------------------------X

      Upon the application of the United States of America, by its attorney, Audrey Strauss, Acting United States Attorney for the Southern District of New York, James McMahon, Assistant United States Attorney, of counsel; the presentence report; the defendant's conviction on Count One of the Superseding Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

      The defendant shall pay restitution in the total amount of $320,289.35, pursuant to 18 U.S.C. §§ 3663 and 3663A, to victims of the offense charged in Count One as described below. Upon advice by the United States Attorney's Office of a change of address of a victim, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

2. **Apportionment Among Victims**

      Restitution shall be paid to the victim identified below, on a pro rata basis, whereby each payment shall be distributed proportionally to each victim based upon the amount of loss for each victim.

| Victim | Amount | Pro Rata Basis |
|---|---|---|
| American Express<br>Attn: Marianne King<br>200 Vesey Street<br>New York, NY 10285<br>Case No. 293656 | $139,856 | 44% |
| Ikahn Capital<br>160 Pearl Street<br>New York, NY 10005 | $ 44,000 | 14% |

| | | |
|---|---|---|
| Debtor's Estate<br>La Cremaillere Restaurant<br>c/o Fred Stevens, Esq.<br>Klestadt Winters Jurelllerer<br>  Southard & Stevens, LLP<br>200 West 41st Street<br>New York, NY 10036 | $136,433.35 | 42% |

In the event that the La Cremaillere Restaurant Corp. bankruptcy case is dismissed or otherwise closed, the Clerk of the Court shall make payments that otherwise would have been made to the debtor's estate directly to the creditors identified below on a pro rata basis, proportionally to each creditor based upon the amount of each creditor's claim and up to the amount of each creditor's claim, all as identified below:

| Creditor | Claim Amount | Pro Rata Basis |
|---|---|---|
| New York State Department of<br>  Taxation & Finance<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205 | $447,909 | 49% |
| Workers Compensation Board<br>State of New York<br>328 State Street<br>Schenectady, NY 12305 | $55,176 | 5% |
| New York Department of Labor<br>120 Bloomingdale Road<br>White Plains, NY 10605 | $43,938.52 | 5% |
| Consolidated Edison<br>4 Irving Place, Room 1875S<br>New York, NY 10003 | $40,947 | 5% |
| Manuel Astudillo<br>43 Orchard Drive<br>Redding, CT 06896 | $19,162 | 2% |
| New York Department of Labor<br>Unemployment Insurance Division<br>Harriman State Office Building<br>Building 12, Room 256<br>Albany, NY 12240 | $5,448 | 1% |

2

| | | |
|---|---|---|
| Empire Merchants LLC<br>16 Bridgewater Street<br>Brooklyn, NY 11222 | $2,058 | .5% |
| Verizon Business Global LLC<br>c/o William M. Vermette<br>22001 Loudon County Pkwy<br>Ashburn, VA 20147 | $1,160 | .25% |
| Frederick, Wildman & Sons Ltd.<br>R.H.K. Recovery Group, Inc.<br>1670 Old Country Road, Suite 202<br>Plainview, NY 11803 | $1,453 | .25% |

Pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the Internal Revenue Service is paid.

| | | |
|---|---|---|
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | $288,203 | 32% |

### 3. Schedule of Payments

Pursuant to 18 U.S.C. § 3664(f)(2), in consideration of the financial resources and other assets of the defendant; projected earnings and other income of the defendant; and any financial obligations of the defendant; the defendant shall pay restitution in installments pursuant to 18 U.S.C. § 3572(d)(1) and (2). The defendant shall commence monthly installment payments of $200 beginning 30 days after the defendant's release from prison.

### 4. Payment Instructions

The defendant shall make restitution payments by certified check, bank check, money order, wire transfer, credit card or cash. Checks and money orders shall be made payable to the "SDNY Clerk of the Court" and mailed or hand-delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The Defendant shall write her name and the docket number of this case on each check or money order. Credit card payments must be made in person at the Clerk's Office. Any cash payments shall be hand delivered to the Clerk's Office using exact change, and shall not be mailed. For payments by wire, the Defendant shall contact the Clerk's Office for wiring instructions.

SO ORDERED:

_____        9/25/20
HONORABLE VINCENT L. BRICCETTI         DATE
UNITED STATES DISTRICT JUDGE

3