

# LAW OFFICES OF JAMES R. DEVITA, PLLC
### 81 MAIN STREET, SUITE 504
### WHITE PLAINS, NEW YORK 10601-1719
### (914) 328-5000
### FAX (914) 946-5906
### E-Mail: jdevita@jamesrdevitalaw.com

October 8, 2020

**APPLICATION GRANTED**
**SO ORDERED:**

Vincent L. Briccetti, U.S.D.J.
Dated: 10/9/20
White Plains, NY

**VIA ECF**
Honorable Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Barbara Meyzen, 19 Cr. 664 (VB)*

Dear Judge Briccetti:

I am writing to request that Your Honor extend Ms. Meyzen's bail limits to permit her to travel to Boyce, Virginia during the first week of November, 2020. As Your Honor may recall, Ms. Meyzen has two horses and a pony that she had rescued. She has managed to find a home for them at Caveland Farm in Boyce, Virginia. However, she must deliver the horses and pony there in order for them to be taken in. Ms. Meyzen believes this could be accomplished in an overnight trip, but in an excess of caution, I request that she be given permission to travel three days during that week. Ms. Meyzen's Pretrial Services Officer in Connecticut, Randie Phillips, has no objection to this request. I have also conferred with Assistant United States Attorney McMahon, who has no objection to this request. Ms. Meyzen will provide more specific information and details of her travel plans to Officer Phillips when those plans are finalized.

Respectfully submitted,

*s/James R. DeVita*

James R. DeVita

cc:    James McMahon, Esq., Assistant United States Attorney (by ECF)
       United States Pretrial Services Officer Randie Philips (by email)