12/4/20

# LAW OFFICES OF JAMES R. DEVITA, PLLC
81 MAIN STREET, SUITE 504
WHITE PLAINS, NEW YORK 10601-1719
(914) 328-5000
FAX (914) 946-5906
E-Mail: jdevita@jamesrdevitalaw.com

December 3, 2020

**APPLICATION GRANTED**
**SO ORDERED:**

_____
Vincent L. Briccetti, U.S.D.J.
Dated: 12/4/20
White Plains, NY

Geographical bail limits extended as set forth in this letter.

**VIA ECF**
Honorable Vincent L. Briccetti
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

Re: *United States v. Barbara Meyzen*, 19 Cr. 664 (VB)

Dear Judge Briccetti:

    I am writing to request that Your Honor extend Ms. Meyzen's bail limits to permit her to travel to Hartland, Vermont on January 19, 2020 in order to make arrangements for the care of her pony and pet dog while she is incarcerated. Ms. Meyzen's Pretrial Services Officer in Connecticut, Randie Phillips, has no objection to this request. I have also conferred with Assistant United States Attorney McMahon, who has no objection to this request.

    Respectfully submitted,

    s/ *James R. DeVita*

    James R. DeVita

cc:    James McMahon, Esq., Assistant United States Attorney (by ECF)
        United States Pretrial Services Officer Randie Philips (by email)